LATHAM COFFIN, RESPONDENT, *v.* BENJAMIN S. COFFIN,
APPELLANT.

Judgment and order affirmed.   *Held*, that the circumstances

offered by the defendant, in mitigation, not having been pleaded as such, were inadmissible in evidence. (Code of Civ. Proc. §§ 508, 536.)